UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                               :

UNITED STATES OF AMERICA,      :

                  -v-                              :           1:14-cr-562-GHW-1

ABRAHAM PINA-URENA,        :           <u>ORDER</u>

                              Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The remote proceeding currently scheduled to take place on March 8, 2021 is adjourned to March 9, 2021 at 3:30 p.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (855) 268-7844; Access Code: 32091812#; PIN: 9921299#.

      SO ORDERED.

Dated: March 5, 2021
New York, New York

                                                                 GREGORY H. WOODS
                                                        United States District Judge