

**NEW JERSEY OFFICE**
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

**NEW YORK OFFICE**
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

# MEMORANDUM ENDORSED

March 9, 2021

*Via ECF*
Hon. Gregory H. Woods
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2021

Re:   *United States v. Abraham Pina-Urena*
      14 cr 562(GHW)

Dear Judge Woods:

Please accept this letter request to adjourn the above Violation of Supervised Release hearing initially schedule for today, March 9, 2021, to a date in April. Defense counsel would like additional time to speak with Mr. Pina-Urena regarding this matter before the hearing. Richard Cooper, AUSA has no objection to this request. Both parties are available on April 8, if that date is acceptable to the Court.

Respectfully submitted,

s/
Lorraine Gauli-Rufo
Counsel for Abraham Pina-Urena

Application granted. The violation of supervised release hearing scheduled for March 9, 2021 is adjourned to April 8, 2021 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 176.

SO ORDERED.

Dated: March 10, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge