UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                            :
UNITED STATES OF AMERICA,           :
                                                            :
                          -v-                        :           1:14-cr-562-GHW-1
                                                            :
ABRAHAM PINA-URENA,                 :           <u>ORDER</u>
                                                            :
                                          Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       A remote proceeding is scheduled in this matter on April 8, 2021 at 2:00 p.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (855) 268-7844; Access Code: 32091812#; PIN: 9921299#.

       SO ORDERED.

Dated: April 1, 2021
New York, New York

                                                    GREGORY H. WOODS
                                                    United States District Judge