UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,                                   :
                                                              :
                                                              :
                    -v-                                       :
                                                              :      1:14-cr-562-GHW-1
                                                              :
  ABRAHAM PINA-URENA,                                         :      ORDER
                                                              :
                                              Defendant.      :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A remote proceeding is scheduled in this matter on April 22, 2021 at 12:00 p.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (855) 268-7844; Access Code: 32091812#; PIN: 9921299#.

SO ORDERED.

Dated: April 20, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge